CILENTI & COOPER, PLLC
60 East 42nd Street – 40th Floor
New York, New York 10165
T. (212) 209-3933
F. (212) 209-7102

Velasquez v. Shogy Marketplace Corp., et al. (24-CV-2745)
JC = Justin Cilenti, Esq.
MC = Marcela Cardoso, Legal Assistant/Paralegal

****Billing for Period December 30, 2024 – January 21, 2025****

| Date & Attorney | Transaction | Hours | Hourly Rate | Amount Due |
|---|---|---|---|---|
| **1/7/25** | | | | |
| JC | Draft email to defense counsel re: payment. | .1 | $400 | $40 |
| **1/10/25** | | | | |
| JC | Email exchange w/defense counsel re: payment. | .1 | $400 | $40 |
| MC | Telephone discussion w/client re: status of payment. | .1 | $100 | $10 |
| **1/14/25** | | | | |
| JC | Draft email to defense counsel re: status of payment. | .1 | $400 | $40 |
| **1/16/25** | | | | |
| JC | Draft email to defense counsel re: status of payment. | .1 | $400 | $40 |
| **1/21/25** | | | | |
| JC | Draft motion, declaration, and memorandum of law in support of motion to enforce. | 5.2 | $400 | $2,080 |
| MC | Telephone discussion with client re: motion to enforce. | .1 | $100 | $10 |

Total Hours: 5.7
Total Fees: $2,220