# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
60 East 42nd Street – 40th Floor
New York, New York 10165
_____
Telephone (212) 209-3933
Facsimile (212) 209-7102

May 1, 2025

**BY ECF**

Hon. Paul A. Engelmayer, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Velasquez v. Shogy Marketplace Corporation, et al.*
Case No. 24-CV-2745 (PAE) (RFT)

Dear Judge Engelmayer,

    We are counsel to the plaintiff in the above-referenced matter. Pursuant to the Court's Order, plaintiff is to file his motion for contempt sanctions on or before May 5, 2025. Please accept this letter as plaintiff's request for a short extension of time to file that motion until May 20, 2025.

    No prior request for similar relief has been made.

Respectfully submitted,

*/s/ Justin Cilenti*
Justin Cilenti

cc: Mohammad Al Sawaeer, Esq. (by ECF)

GRANTED.
SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Date: May 1, 2025