**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LUIS VELASQUEZ,

                     Plaintiff,

      -against-                                                24 **CIVIL** 2745 (PAE)

                                                                  **JUDGMENT**

SHOGY MARKETPLACE CORPORATION and
HAFTHADYN SALEH,

                    Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 28, 2025, the settlement is enforceable and defendants are in clear breach of its terms by failing to pay Velasquez $25,220, plus reasonable attorneys' fees and costs. Judgment is entered against defendants in that amount for their failure to satisfy their payment obligations.

**Dated:** New York, New York

       July 29, 2025

                                                                   **TAMMI M. HELLWIG**
                                                                     **Clerk of Court**

                               **BY:**       *K. Mango*

                                                                     **Deputy Clerk**